1  NATHANIEL POTRATZ, ESQ., SBN 215734
   GORDON BONES, ESQ., SBN 147679
2  LAW OFFICES OF NATHANIEL POTRATZ
   4790 Dewey Drive, Suite A
3  Fair Oaks, California 95628
   Telephone:    (916) 962-2780
4  Facsimile:    (916) 962-2705

5  Attorneys for Plaintiff
   CLIFF JOHNSTON

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

11  CLIFF JOHNSTON,                          )   **Case No.: 07-CV-01280-GEB-EFB**
                                             )
12          Plaintiff,                       )   **STIPULATION FOR CONTINUANCE**
                                             )   **OF EXPERT WITNESS**
13          vs.                              )   **DISCLOSURE AND EXPERT**
                                             )   **REPORT DEADLINE; ORDER**
14  CHARLENE LINDAUER, aka CHARLENE          )   **THEREON**
    MACALUSO; G & R MORTGAGE GROUP;          )
15  VALUE HOME LOAN; AMERICAN                )
    MORTGAGE; and DOES 1-10, inclusive,      )
16                                           )
            Defendants.                      )
17                                           )
    _____ )
18  Counsel for Plaintiff and for Counsel for Defendants have met and conferred regarding the need for a

19  continuance of the expert witness disclosure and export report deadline, and agree that:

20          1.      All parties agree that a continuance of the Plaintiff's expert witness disclosure and

21  export report deadline from June 23, 2008 to September 22, 2008, and that a continuance of the

22  Defendants' expert witness disclosure and export report deadline from July 23, 2008 to October 22,

23  2008 is necessary and appropriate given that discovery, including expert discovery, is ongoing and

24  the parties need more time to complete the relevant discovery, including expert witness(es).

25          As a result of counsel for Plaintiff and counsel for Defendants having met and conferred, and

26  in light of the agreement noted above, counsel hereby stipulate as follows:

27          COUNSEL FOR PLAINTIFF AND COUNSEL FOR DEFENDANTS HEREBY

28  STIPULATE THAT THE PLAINTIFF'S EXPERT WITNESS DISCLOSURE AND EXPORT

-1-

1  REPORT DEADLINE BE CONTINUED FROM JUNE 23, 2008 TO SEPTEMBER 22, 2008, AND

2  THAT THE DEFENDANTS' EXPERT WITNESS DISCLOSURE AND EXPORT REPORT

3  DEADLINE BE CONTINUED FROM JULY 23, 2008 TO OCTOBER 22, 2008.

4
5  DATED: June 20, 2008                    JAMES BRUNELLO

6
7                                          By:    /s/ JAMES BRUNELLO
                                                  JAMES BRUNELLO
                                                  Attorney for Defendant Carlene Lindauer
8
9  DATED: June 20, 2008                    JOHN CLARK BROWN

10
11                                         By:    /s/ JOHN CLARK BROWN
                                                  JOHN CLARK BROWN
                                                  Attorney for Defendant Value Home Loan, Inc.
12
13 DATED: June 20, 2008                    LAW OFFICES OF NATHANIEL POTRATZ

14
15                                         By:    /s/ NATHANIEL POTRATZ
                                                  NATHANIEL POTRATZ
                                                  Attorney for Plaintiff Cliff Johnston
16
17 ORDER

18 Based upon stipulation of the parties,  IT IS SO ORDERED.

19 Dated:  June 26, 2008

20

21 GARLAND E. BURRELL, JR.
   United States District Judge

22

23

24

25

26

27

28

-2-

**Stipulation to Continue Expert Disclosure and Report Deadline**