JOHN CLARK BROWN, JR.  (SBN 050204)
Attorney at Law
5701 West Slauson Avenue
Suite 120
Culver City, California 90230
Telephone:   310/ 410-8400
Telecopier:  310/ 410-0800

Attorney for Defendant,
Value Home Loan, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| CLIFF JOHNSTON, | ) CASE NO.  07-CV-01280-GEB-EFB |
| Plaintiff, | ) (Honorable Garland E. Burrell, Jr.) |
| vs. | ) **ORDER GRANTING APPLICATION** |
| | ) **FOR RECONSIDERATION OF ORDER** |
| CHARLENE LINDAUER, AKA CHARLENE MACALUSO; G & R MORTGAGE GROUP; VALUE HOME LOAN; AMERICAN MORTGAGE; and DOES 1-10, Inclusive, | ) **AND STRIKING PRIOR ORDER** |
| | ) DATE: |
| | ) TIME: |
| | ) CTRM: |
| Defendants. | ) |
| | ) [NO HEARING DATE SET] |

The Court has considered the Application for Reconsideration filed herein by Defendant, Value Home Loan, Inc.  It is now ORDERED that:

1. The Application is granted.

2. The Court's June 26, 2008 Order Continuing Expert Disclosure Dates is stricken.

DATE:  July 28, 2008     _____

HONORABLE GARLAND E. BURRELL, JR.
United States District Judge

1
**ORDER GRANTING APPLICATION FOR RECONSIDERATION**
VALUE/advJohnston/Plead/Order 07 22 08

**1**

## PROOF OF SERVICE

**2** STATE OF CALIFORNIA )
                       ) ss.
**3** COUNTY OF LOS ANGELES )

**4**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 5701 West Slauson Avenue, Suite 120, Culver City, California 90230-3419.

On **July _____, 2008**, I served the foregoing document, described as **ORDER GRANTING APPLICATION FOR RECONSIDERATION OF ORDER AND STRIKING PRIOR ORDER** on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Service List*

☑ (BY MAIL) I placed such envelope on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Culver City, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

☐ (BY HAND DELIVERY) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) I caused to be transmitted the document(s) described herein via the FAX number(s) listed on the attached service list.

☐ (BY EMAIL) I electronically transmitted the document(s) described herein via the Internet at the email address(es) listed on the attached service list.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **July _____, 2008,** at Culver City, California.

_____
Portia Withers

1
**ORDER GRANTING APPLICATION FOR RECONSIDERATION**
VALUE/advJohnston/Plead/Order 07 22 08

## SERVICE LIST

*Cliff Johnston v. Value, et al.*
USBC, Eastern District of California
Case No. 07-CV-01280-GEB-EFB
JCB File No. VAL.0207 (221)

| | |
|---|---|
| **Nathaniel Potratz, Esq. (SBN 215734)**<br>**Gordon Bones, Esq. (SBN 147679)**<br>LAW OFFICES OF NATHANIEL POTRATZ<br>4790 Dewey Drive, Suite A<br>Fair Oaks, CA 95628<br>Telephone:    916/ 962-2780<br>**Facsimile:    916/ 962-2705** | **Attorneys for Plaintiff**<br>Cliff Johnston |
| **James L. Brunello, Esq. (SBN 047522)**<br>9845 Horn Road, Suite 290<br>Sacramento, CA 95827<br>Telephone:    916/ 362-9161<br>**Facsimile:    916/ 362-6916** | **Attorney for Defendant**<br>Charlene Macaluso |