IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFF JOHNSTON,

      Plaintiff,                             No. CIV S-07-1280 GEB EFB

      vs.

CHARLENE LINDAUER, aka
CHARLENE MACALUSO, et al.,

      Defendants.                        ORDER

_____/

      Presently pending is plaintiff's Motion to Compel Discovery Responses, noticed for hearing on this court's January 7, 2009 law and motion calendar. However, the discovery deadline in this case expired on November 21, 2008. *See* Scheduling Order filed September 28, 2007, at p. 2.[1] The deadline of January 23, 2009, which plaintiff asserts is applicable, applies not to discovery matters but only to dispositive motions. *Id*., at pp. 3-4.

////

---

[1] The Scheduling Order provides in pertinent part that, "[a]ll discovery shall be completed by November 21, 2008. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired." Sch. Ord., at p. 2 (fn. omitted).

1

1       The assigned magistrate judge has no authority to consider a discovery motion after the
2 close of discovery. While any party may file a motion to modify the pretrial scheduling order,
3 such motion must be heard and decided by the district judge before a discovery matter may be
4 noticed for hearing before the magistrate judge.
5       Accordingly, plaintiff's Motion to Compel Discovery Responses (Dckt. No. 27) is denied
6 without prejudice, and the January 7, 2009 hearing thereon is vacated.
7       SO ORDERED.
8 DATED: January 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE