NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| CLIFF JOHNSTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLENE LINDAUER, aka CHARLENE MACALUSO; G & R MORTGAGE GROUP; VALUE HOME LOAN; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 07-CV-01280-GEB-EFB<br><br>**ORDER** |

The motion of Nathaniel Potratz, Esq. to be relieved as counsel of record for Plaintiff Cliff Johnston is suitable for decision without oral argument. L.R. 78-230(h).

Attorney Potratz filed a declaration in which he declares he has served Plaintiff with the motion by mail. Attorney Potratz has shown sufficient reason justifying an order granting his motion. Therefore, the motion is granted. Accordingly, Plaintiff now represents himself in this case. Plaintiff's current address is 3133 California Avenue, Carmichael, CA 95608; and current phone number is 916-944-3525.

Dated: January 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1