IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CLIFF JOHNSTON,                    )
                                   )   02:07-cv-01280-GEB-EFB
              Plaintiff,           )
                                   )
         v.                        )
                                   )   ORDER TO SHOW CAUSE AND
CHARLENE LINDAUER, aka CHARLENE    )   CONTINUING FINAL PRETRIAL
MACALUSO; G & R MORTGAGE GROUP;    )   CONFERENCE
VALUE HOME LOAN; AMERICAN MORTGAGE,)
                                   )
              Defendants.          )
                                   )
```

The Order filed September 28, 2007, ("September 28 Order") scheduled a final pretrial conference in this case on March 23, 2009. That Order required the parties to file a joint final pretrial statement "not later than seven (7) days prior to the final pretrial conference." (September 28 Order at 4.) Defendant Value Home Loan, Inc. submitted a late Separate Pretrial Conference Statement and a Declaration from its counsel in which its counsel explains why he could not contact Plaintiff, and that Defendant Charlene Lindauer's counsel's office states that office no longer represents Defendant Charlene Lindauer in this action. Due to Plaintiff and Defendant Charlene Lindauer's failure to file a pretrial statement as ordered,

the final pretrial conference is reset to April 20, 2009, at 2:30 p.m., and each of these parties is ORDERED TO SHOW CAUSE (OSC), by filing a written statement, not later than April 6, 2009, why sanctions should not be imposed for his failure to timely file a final pretrial statement as ordered. Sanctions could include, *inter alia*, dismissal of the lawsuit and/or an issue preclusion order. If there is no timely written response to this Order, the sanction could be imposed immediately. The written response shall state whether the responding party or counsel is at fault and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held at the time of the final pretrial conference. shall file

The parties shall file a joint final pretrial conference statement seven days prior to the conference. The filing requirements in the September 28 Order apply to this filing.

IT IS SO ORDERED.

Dated: March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).