IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CLIFF JOHNSTON,                      )
                                     )
          Plaintiff,                 )    2:07-cv-01280-GEB-EFB
                                     )
     v.                              )    ORDER VACATING HEARING AND
                                     )    SCHEDULING JURY TRIAL
                                     )
VALUE HOME LOAN, CHARLENE LINDAUER   )
                                     )
          Defendants.                )
                                     )
```

The hearing scheduled for September 14, 2009 is vacated since the briefs filed in connection with the hearing fail to clearly explain the law and facts applicable to Plaintiff's remaining federal claims. Since it is questioned whether the remaining federal claims can be resolved by briefs, Defendants shall file a motion for summary judgment no later than October 2, 2009; Plaintiff's opposition shall be filed on October 26, 2009; Defendants' Reply shall be filed on November 2, 2009. The hearing on the motion shall commence at 9:00 a.m. on November 9, 2009. Trial is scheduled to commence at 9:00 a.m. on February 9, 2010.

On August 3, 2009 Plaintiff filed a request to have the

1  Court review his original loan documents, but Plaintiff has not
2  explained whether review is appropriate for decision on any pending
3  claims now before the Court.  Therefore, Plaintiff's request is
4  denied.

5  Dated:  September 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge